Daniel L. Wainwright, # 193486
Ryan D. Marshall  # 275952
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
HANFORD POLICE OFFICER STEVE SCHMITZ and
CITY OF HANFORD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MILLER,<br><br>             Plaintiff,<br><br>v.<br><br>HANFORD POLICE OFFICER STEVE SCHMITZ; CITY OF HANFORD, CALIFORNIA; RONALD SILVA,<br><br>             Defendants. | Case No.  1:12-CV-00137-LJO-DLB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME FOR DEFENDANTS, HANFORD POLICE OFFICER STEVE SCHMITZ AND CITY OF HANFORD, TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Current Response Date: March 20, 2012<br>New Response Date: March 29, 2012 |

Defendants', HANFORD POLICE OFFICER STEVE SCHMITZ and CITY OF HANFORD, CALIFORNIA, (hereinafter collectively referred to as "Defendants") Motion to Extend Time to Respond to Complaint is hereby GRANTED.

Defendants' response to the Complaint is now due by **March 29, 2012.**

IT IS SO ORDERED.

Dated:   **March 19, 2012**              /s/ Dennis L. Beck
                                                          UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT