KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
1099 E. Champlain Drive, Suite A-124
Fresno, California 93720
Telephone:  (559) 708-4750
Email: kevinglittle@yahoo.com

Attorney for Plaintiff Isaac Miller

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| ISAAC MILLER, | No. 12-CV-F-00137 LJO SAB |
| Plaintiff, | PARTIAL JUDGMENT PURSUANT TO STIPULATION IN FAVOR OF PLAINTIFF ISAAC MILLER AND AGAINST DEFENDANT RONALD SILVA |
| v. | |
| HANFORD POLICE OFFICER STEVE SCHMITZ; CITY OF HANFORD, CALIFORNIA; RONALD SILVA, | |
| Defendants. | |
| RONALD SILVA, | |
| Counter-Claimant, | |
| v. | |
| ISAAC MILLER; ROES 1-20, | |
| Counter-Defendants. | |

    In accordance with the April 15, 2013 in-court stipulation between plaintiff Isaac Miller and defendant Ronald Silva, it is hereby ordered, adjudged and decreed as follows:

    1.    Judgment is hereby entered in favor of plaintiff Isaac Miller on his complaint (Docket No. 1) against defendant Ronald Silva, and in favor of counter-defendant Isaac Miller

PARTIAL JUDGMENT

on counter-claimant Ronald Silva's counterclaim (Docket No. 7-1);

2. Defendant Ronald Silva shall pay to plaintiff Isaac Miller the total sum of $35,000, with $15,000 of that total amount due and payable on April 15, 2013, and the remaining $20,000 due and payable no later than April 25, 2013;

3. Counter-claimant Ronald Silva shall take nothing against counter-defendant Isaac Miller;

4. Promptly upon receipt of the total sum payable pursuant to paragraph 2, plaintiff Isaac Miller shall inform the Court of defendant Ronald Silva's compliance and shall file a satisfaction of judgment reflecting said compliance;

5. This judgment will not be subject to recordation or registration prior to April 25, 2013, or thereafter if defendant Ronald Silva has fulfilled the payment obligations set forth in paragraph 2;

6. This Court retains jurisdiction for purposes of enforcement of this judgment and to entertain other related ancillary matters;

7. Pursuant to Federal Rule of Civil Procedure 54(b), the Court finds no just reason to delay the entry of this judgment, which resolves less than all claims against all parties in this proceeding.

Approved as to form:

/s/ Kevin G. Little
Kevin G. Little
Attorney for Plaintiff Isaac Miller

/s/ Michael R. Johnson
Michael R. Johnson
Griswold, LaSalle, Cobb, Dowd & Ginn, LLP
Attorneys for Defendant Ronald Silva

**PARTIAL JUDGMENT**

This Court ENTERS partial judgment pursuant to the parties' above stipulation. The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **April 22, 2013**          /s/  Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE