KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
1099 E. Champlain Drive, Suite A-124
Fresno, California 93720
Telephone:  (559) 708-4750
Email: kevinglittle@yahoo.com

Attorney for Plaintiff Isaac Miller

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| ISAAC MILLER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HANFORD POLICE OFFICER STEVE SCHMITZ; CITY OF HANFORD, CALIFORNIA; RONALD SILVA,<br><br>　　　　　Defendants.<br>_____<br>RONALD SILVA,<br><br>　　　　　Counter-Claimant,<br><br>v.<br><br>ISAAC MILLER; ROES 1-20,<br><br>　　　　　Counter-Defendants.<br>_____ | No. 12-CV-F-00137 LJO SAB<br><br>STIPULATION AND ORDER RE: PLAINTIFF'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM DEFENDANTS HANFORD POLICE OFFICER STEVE SCHMITZ AND THE CITY OF HANFORD; ORDER APPROVING STIPULATION AND VACATING MAY 22, 2013 HEARING DATE |

TO THE HONORABLE COURT:

　　　The undersigned parties hereby enter into the following stipulation regarding plaintiff Isaac Miller's motion to compel further discovery responses from defendants Officer Steve Schmitz and the City of Hanford (Dkt. No. 45):

1. Defendants Hanford Police Officer Steven Schmitz and the City of Hanford will produced police reports written by Officer Schmitz from the time he was re-assigned to patrol in approximately 2008 to the date of the filing of this action on January 29, 2012 that pertain to allegations of violations of California Penal Code §§ 242 or 245(a) made from restaurants, bars, nightclubs, or emergency rooms.

2. The defendants will have 30 days to produce the responsive reports.

3. Plaintiff will withdraw his pending motion, currently scheduled to be heard on May 22, 2013, before the Hon. Stanley A. Boone.

IT IS SO STIPULATED AND AGREED.

Date: May 6, 2012

By: /s/ Kevin G. Little
Kevin G. Little
Attorney for Plaintiff
Isaac Miller

By: /s/ Daniel L. Wainwright
Daniel L. Wainwright
McCormick Barstow LLP
Attorneys for Defendants
Officer Schmitz and the City of Hanford

## ORDER

The Court finds good cause to approve the above Stipulation and issue a corresponding Order. Responding defendants shall have 30 days to produced the above-described reports. The May 22, 2013 hearing date is hereby vacated.

IT IS SO ORDERED.

Dated: **May 6, 2013**

UNITED STATES MAGISTRATE JUDGE