UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MILLER, | Case No. 1:12-cv-0137 LJO SAB |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO MODIFY THE PRETRIAL ORDER |
| v. | |
| HANFORD POLICE OFFICER STEVE SCHMITZ, et al., | (Doc. 95) |
| Defendants. | |

Plaintiff Isaac Miller ("Plaintiff") moves to modify the pretrial order to include Mike Signorile in Plaintiff's anticipated witness list.  The Court GRANTS Plaintiff's request for all the reasons set forth in the Court's prior order overruling Defendants' objection to Plaintiff's amended witness list. (Doc. 97.)

IT IS SO ORDERED.

Dated:  **November 13, 2013**         /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE