UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MILLER, | Case No. 1:12-cv-0137 LJO SAB |
| Plaintiff, | ORDER ON THE PARTIES' PROPOSED VOIR DIRE |
| v. | |
| HANFORD POLICE OFFICER STEVE SCHMITZ, et al., | (Docs. 81 & 88) |
| Defendants. | |

The Court has received and reviewed the parties' proposed voir dire questions (Docs. 81 & 88). As a result of seeing what counsel believe is appropriate and necessary to ask the prospective jurors, the Court will be conducting the entirety of voir dire. Counsel will participate by way of their challenge rights.

IT IS SO ORDERED.

Dated: **November 14, 2013**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE