*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

```
ISAAC MILLER,

            Plaintiff,
                                      JUDGMENT IN A CIVIL ACTION
vs.
                                      1:12-cv-00137-LJO-SAB

HANFORD POLICE OFFICER STEVEN
JOHN SCHMITZ, et al.,

            Defendants.
_____/
```

Judgment is entered in this action in favor of Plaintiff Issac Miller and against Defendant Steven John Schmitz according to the verdicts of trial jury returned in open Court November 27, 2013, and subject to the $35,000.00 offset stipulated by the parties and granted by the Court. Judgment is also entered in favor of Plaintiff and against Defendant the City of Hanford with respect to Plaintiff's claim for the expungement of his arrest records. Plaintiff shall recover his costs of suit.

```
DATED: December 2, 2013                   MARIANNE MATHERLY, Clerk


                                          /s/ RENEE GAUMNITZ
                                     By:  Renee Gaumnitz,
                                          Deputy Clerk
```