UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MILLER,<br><br>        Plaintiff,<br><br>        v.<br><br>HANFORD POLICE OFFICER STEVE SCHMITZ, et al.,<br><br>        Defendants. | Case No. 1:12-cv-0137 LJO SAB<br><br>ORDER APPROVING DEFENDANTS' MOTION TO APPROVE ITS SECURITY AND TO STAY EXECUTION OF JUDGMENT<br><br>(Docs. 150 & 151) |

On January 9, 2014, Defendants Officer Steve Schmitz and the City of Hanford (collectively "Defendants") moved to stay execution of the Court's December 2, 2013 judgment and posted a check in the amount of $581,250 as security. In response, the Court noted that Defendants' submission did not appear to be in full compliance with Local Rule 151. The Court therefore ordered Defendants to correct these deficiencies.

On January 16, 2014, Defendants filed an "Amended Agreement for Distribution of Security," which appears to be in full compliance with Local Rule 151. Accordingly, pursuant to Federal Rule of Civil Procedure 62(d), the Court APPROVES Defendants' security in lieu of a supersedeas bond and orders a STAY of any execution of the December 2, 2013 judgment until this Court has resolved the pending motion for new trial and, if necessary, any appeal filed by Defendants has been resolved.

IT IS SO ORDERED.

    Dated: __**January 17, 2014**__           __/s/ Lawrence J. O'Neill__
                                                                     UNITED STATES DISTRICT JUDGE