UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MILLER, | Case No. 1:12-cv-0137 LJO SAB |
| Plaintiff, | AMENDED FINAL JUDGMENT |
| v. | |
| HANFORD POLICE OFFICER STEVE SCHMITZ, et al., | |
| Defendants. | |

    Judgment is entered in this action in favor of Plaintiff Isaac Miller and against Defendant Steven John Schmitz according to the jury verdict rendered and returned in open court on November 27, 2013, and subject to the $35,000.00 offset stipulated by the parties and granted by the Court. Judgment is also entered in favor of Plaintiff and against Defendant the City of Hanford with respect to Plaintiff's claim for the expungement of his arrest records. Finally, Plaintiff shall also recover his costs of suit, is entitled to $861.91 in prejudgment interest (Doc. 144), and is entitled to $201,871.36 in attorney's fees (Doc. 163).

IT IS SO ORDERED.

    Dated: **February 18, 2014**     /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28