

FILED
JUL 03 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
Email: kevinglittle@yahoo.com

Attorneys for Plaintiff Isaac Miller

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MILLER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HANFORD POLICE OFFICER STEVE SCHMITZ; THE CITY OF HANFORD, CALIFORNIA,<br><br>　　　　　　Defendants. | Case No. CV-F-12-0137 LJO SAB<br><br>STIPULATION AND PROPOSED ORDER RE: RELEASE OF SECURITY |

TO THE HONORABLE COURT:

The parties, through their undersigned counsel, hereby stipulate as follows:

WHEREAS the Court entered an amended judgment in favor of the plaintiff on February 18, 2014 in the total amount of $667,733.27 (Doc. No. 164); and

WHEREAS this Court approved on January 17, 2014 the defendants' posting of

$581,250 with the Registry of this Court, as security to stay execution of judgment (Doc. Nos. 151-1, 152, 164); and

WHEREAS the stay obtained by the aforementioned security was ordered to remain in effect until the resolution of post-trial motions and the Defendants' appeal (Doc. No. 152); and

WHEREAS the Defendants have decided to dismiss their cross-appeal initiated on March 19, 2014 (Doc. Nos. 179, 180; Ninth Circuit Appeal No. 14-15522) and will formalize that process in the Ninth Circuit Court of Appeals no later than July 8, 2014; and

WHEREAS, despite the continued pendency of plaintiff's appeal (Ninth Circuit Appeal No. 14-15519), there is no reason the payment of the current judgment amount of $667,733.27 should be stayed or delayed further, as plaintiff's pending appeal will not decrease the amount currently due; and

WHEREAS plaintiff has agreed to waive his right to seek payment for any fees and expenses incurred on appeal between March 19, 2014 and July 8, 2014, or any accrued interest on the posted security, if the aforementioned judgment amount is paid at this time,

THE PARTIES HEREBY STIPULATE that the $581,250 security deposited with the Court may be released forthwith, so that the Defendants may utilize those funds to satisfy the current judgment amount at the earliest possible time. The entire Principal amount of the security in the amount of $581,250 SHALL be paid to plaintiff in the form of a check made to the order of "Kevin G. Little, Attorney at Law, on behalf of Isaac Miller." Any and all interest that has accrued on the $581,250 security deposit shall be paid to defendants in

the form of a check made to the order of "McCormick, Barstow, Sheppard, Wayte & Carruth LLP" and shall be sent to the attention of Scott M. Reddie, 7647 N. Fresno St., Fresno, CA 93720. The remainder of the judgment amount will be paid to plaintiff in the form of a separate check with the same payee information. The second check (the remainder check) shall be issued by defendants, not by the Court. As soon as payment is received by Plaintiff, the defendants will file a satisfaction of judgment verifying that those released funds have been used for their intended purpose.

IT IS SO STIPULATED.

Date: July 1, 2014

/s/ Kevin G. Little
Kevin G. Little
Attorney for Plaintiff Isaac Miller

Date: July 1, 2014

/s/ Scott M. Reddie
Scott M. Reddie
McCormick Barstow LLP
Attorney for Defendants
Officer Steve Schmitz and the City of Hanford

IT IS SO ORDERED.

Date: July 3, 2014

Lawrence J. O'Neill
United States District Judge